No. 11-6928. Jamaur Lewis, Petitioner v. United States.

No. 11-6939. Curtis Solomon, Petitioner v. United States.

No. 11-6965. Devon Chance, Petitioner v. United States.

565 U.S. 1069, 132 S. Ct. 784, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8522.

November 28, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 433 Fed. Appx. 844.

No. 11-6931. Douglas E. Kampfer, Petitioner v. John H. Buchanan, et al.

565 U.S. 1069, 132 S. Ct. 784, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8571.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-6952. Dale P. Dattilio, Petitioner v. United States.

565 U.S. 1069, 132 S. Ct. 785, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8507.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 442 Fed. Appx. 187.

No. 11-6959. Pedro Munoz, Petitioner v. United States.

565 U.S. 1069, 132 S. Ct. 785, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8608.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 433 Fed. Appx. 261.

No. 11-6963. Dwight Lamar Spears, Petitioner v. United States.

565 U.S. 1069, 132 S. Ct. 785, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8391.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 242.

No. 11-6978. Valentino Henderson, Petitioner v. United States.

565 U.S. 1069, 132 S. Ct. 786, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8313.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 437 Fed. Appx. 96.

No. 11-6980. Oscar Hernandez, Petitioner v. United States.

565 U.S. 1070, 132 S. Ct. 786, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8332.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 440 Fed. Appx. 159.

No. 11-6981. Isiah Marquale Hayes, aka Isaiah Marquale Hayes, Petitioner v. United States.

565 U.S. 1070, 132 S. Ct. 786, 181 L. Ed. 2d 502, 2011 U.S. LEXIS 8307.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 256.